**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| **DENISE TURBYFILL** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 08-6077** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DAVOL, INC. and C.R. BARD, INC.** | ) | |
| | ) | |
| | ) | |
| **Defendants,** | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

The Court is hereby advised that Dylan H. Potts through the law firm of GILL ELROD RAGON OWEN & SHERMAN, P.A. hereby enters his appearance in this matter on behalf of the Plaintiff.

Respectfully submitted,

GILL ELROD RAGON OWEN & SHERMAN, PA
425 West Capitol Avenue, Suite 3801
Little Rock, Arkansas 72201
(501) 376-3800

By: ______________________
Dylan H. Potts, ABA #2001258