CLOSED

# U. S. District Court
# Western District of Arkansas (Hot Springs)
# CIVIL DOCKET FOR CASE #: 6:08−cv−06077−RTD

Turbyfill v. Davol Inc. et al
Assigned to: Honorable Robert T. Dawson
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 08/05/2008
Date Terminated: 09/11/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Denise Turbyfill**

represented by **Derek Potts**
The Potts Law Firm
908 Broadway, 3rd Floor
Kansas City, MO 64105
(816) 931−2230
Fax: (816) 931−7030
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dylan H. Potts**
Gill Elrod Ragon Owen Sherman
425 W. Capitol Ave. Ste. 3801
Little Rock, AR 72201
(501) 376−3800
Fax: (501) 372−3359
Email: potts@gill−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/05/2008 | Ï 1 | COMPLAINT against Davol Inc., C. R. Bard, Inc. ( Filing fee $ 350 receipt number 6000571.), filed by Denise Turbyfill.(dmc) (Entered: 08/07/2008) |
| 08/07/2008 | Ï 2 | NOTICE of Appearance by Dylan H. Potts on behalf of Denise Turbyfill (Potts, Dylan) (Entered: 08/07/2008) |
| 09/11/2008 | Ï 3 | ORDER TRANSFERRING CASE to District of Rhode Island. Certified copy of transfer order and docket sheet sent via cm/ecf case extract. Signed by Honorable Robert T. Dawson on September 11, 2008. (dmc) (Entered: 09/12/2008) |